UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

------------------------------------------------------------------

In Re:                                            Bankruptcy 09-34878
                                                          Chapter 7 Case

Kurt C. Lensert,

                                             **ORDER APPROVING AND DIRECTING**
            Debtor.                            **PAYMENT OF COMPENSATION OF**
                                               **ATTORNEY FOR TRUSTEE**

------------------------------------------------------------------

At St. Paul, Minnesota.

This matter came on before the Court for allowance and payment of the sum of $33,333.33 for compensation and $1,901.30 for expenses of Steven R. Rutzick as attorney for the Bankruptcy Estate of the above-named debtor. The request for allowance of attorney's fees and expenses having been filed with the Court and upon all the files, records and proceedings herein, the Court being fully advised in the premises,

**IT IS HEREBY ORDERED**, that the trustee in the above-entitled matter, be, and he hereby is, authorized and directed to pay to Steven R. Rutzick, as attorney for the trustee, the sum of $33,333.33 for compensation and $1,901.30 for expenses.

Dated this 6th day of December, 2010.

                                                           /e/ Dennis D. O'Brien
                                                           Dennis D. O'Brien
                                                           United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/06/2010*
Lori Vosejpka, Clerk, by SKM